NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

WESTERN BUILDING MAINTENANCE
COMPANY and Service and Mainte-
nance Employees Union, Local 399,
Building Service Employees Internation-
al Union, AFL–CIO, Respondents.

No. 22423.

United States Court of Appeals
Ninth Circuit.

Oct. 24, 1968.

Arnold Ordman, Gen. Counsel, Domi-
nick L. Manoli, Assoc. Gen. Counsel,
Marcel Mallet-Prevost, Asst. Gen. Coun-
sel, Nancy M. Sherman, Laurence J.
Hoffman, Attys., Washington, D. C.,
Ralph E. Kennedy, Director, N.L.R.B.,
for appellant.

Herlihy & Herlihy, Levy, DeRoy Geff-
ner & Van Bourg, Cooper, Tepper &
Plant, Los Angeles, Cal., for appellees.

Before MERRILL and DUNIWAY,
Circuit Judges, and CRARY, District
Judge.*

PER CURIAM:

■ Upon the record as a whole
there is substantial evidence to support
the Board's findings that the Company
and the Union jointly engaged in a hir-
ing procedure whereby job applicants
and newly hired employees were required
to execute Union membership applica-
tions and dues checkoff authorizations
prior to the expiration of the first 30
days of their employment.

The Board was not in error in con-
cluding that by such conduct the Com-
pany and the Union violated section 8(a)
(1), (2) and (3), and section 8(b) (2)
and (1) (A) of the National Labor
Relations Act, respectively, and the Com-
pany unlawfully assisted the Union in
violation of section 8(a) (2) and (1) of
the Act. NLRB v. Campbell Soup Com-
pany, 378 F.2d 259 (9th Cir.), cert.
denied, 389 U.S. 900, 88 S.Ct. 220, 19
L.Ed.2d 217 (1967).

The Board order is entitled to enforce-
ment.